In the Matter of BENJAMIN R., A Person Alleged to be in Need of Supervision, Appellant.—

Concur — Capozzoli, J. P., McGivern, Markewich, Kupferman and Steuer, JJ.

In the Matter of EVARISTO RODRIGUEZ, Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.—

Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Tilzer, JJ.

(March 11, 1971)

BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant, v. UNITED FEDERATION OF COLLEGE TEACHERS, LOCAL 1460, Respondent.—

Concur — McGivern, J. P., Markewich, Kupferman, McNally and Steuer, JJ.